IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROXANNE OLIVER,<br><br>    Plaintiff,<br><br>    v.<br><br>LIB PROPERTIES, LTD.,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:10-CV-539-TWT |

ORDER

This is an action in which the Plaintiff is asserting claims under various federal consumer protection statutes against the holder of a mortgage on commercial property. It is before the Court on the Report and Recommendation [Doc. 19] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 11] and denying the Defendant's Motion for Rule 11 Sanctions [Doc. 13]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 11] is GRANTED. The Defendant's Motion for Rule 11 Sanctions [Doc. 13] is DENIED. The Clerk is directed to accept no new filings by Plaintiff Roxanne Oliver against Defendant regarding the same loan and property without payment of the statutory filing fee and a bond.

T:\ORDERS\10\Oliver\r&r.wpd

SO ORDERED, this 16 day of July, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge